**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

**BRANDY S. LONCHENA**
   CLERK OF COURT                                       IN REPLYING GIVE NUMBER
    412–208–7500                                         OF CASE AND NAMES OF PARTIES

Date: December 23, 2025

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

                  RE:   SHIWEN CHEN vs.  SCHEDULE A DEFENDANTS
                     Case Number:   **2:25–CV–02009–WSS**

Dear Commissioner:

    In compliance with 35 § 290 and/or 15 U.S.C. § 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

                               Sincerely,

                               BRANDY S. LONCHENA
                               CLERK OF COURT

                By:   /s/ **Jennifer Dash**
                             Deputy Clerk

Enclosures