IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIWEN CHEN, | |
| *Plaintiff*, | Civil Action No. 2:25-cv-2009 |
| v. | Hon. William S. Stickman IV |
| SCHEDULE A DEFENDANTS, | |
| *Defendants*. | |

## HEARING MEMO

HEARING HELD: Videoconference Motion Hearing
DATE HEARING HELD: December 30, 2025
BEFORE: Judge William S. Stickman IV

| | |
|---|---|
| Appearing for Plaintiff: | Appearing for Defendants: |
| Zheng Liu, Esquire | n/a |
| Hearing began at 9:32 a.m. | Hearing concluded at 9:41 a.m. |

Stenographer: Barbara Loch

OUTCOME:

Motion Hearing held re: Plaintiff's Ex Parte Motion for (1) Entry of a Temporary Restraining Order, Including a Temporary Injunction and Temporary Asset Restraint, (2) Expedited Discovery Order and (3) Order to Show Cause Why a Preliminary Injunction Should Not Issue. (ECF No. 5). The Court finds the requisite elements have been met and the temporary restraining order will issue. $5,000 bond will be required. The temporary restraining order must be served upon Defendants forthwith, and Plaintiff must file proof of the same with the Court.

Videoconference Injunction Hearing scheduled for 01/13/26 at 12:00 p.m.

Orders of Court to follow.