IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIWEN CHEN,<br><br>        *Plaintiff*,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>        *Defendants*. | Civil Action No. 2:25-cv-2009<br><br>Hon. William S. Stickman IV |

### ORDER OF COURT

AND NOW, this 30th day of December 2025, IT IS HEREBY ORDERED that the videoconference on Plaintiff's request for preliminary injunction is scheduled for **January 13, 2026 at 12:00 p.m.** before Judge William S. Stickman IV. The parties may join the ZoomGov meeting by:

   https://pawd-uscourts.zoomgov.com/j/1609176066

IT IS FURTHER ORDERED that counsel for Plaintiff serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

                              BY THE COURT:


                              s/ William S. Stickman IV
                              WILLIAM S. STICKMAN IV
                              UNITED STATES DISTRICT JUDGE