IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIWEN CHEN,<br><br>      Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>      Defendants. | Civil Case No.: 2:25-cv-02009 |

**CERTIFICATE OF SERVICE**

  I hereby certify under penalty of perjury under the law of the United States that on January 5, 2026, I, or someone acting under my direction, served a copy of the following:

  **TEMPORARY RESTRAINING ORDER; ORDER RESTRAINING ASSETS AND MERCHANT STOREFRONTS; ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND ORDER AUTHORIZING EXPEDITED DISCOVERY;**

  **SCHEDULING ORDER**

  upon all Defendants by emailing the same to all Schedule A defendants' email addresses as provided by Amazon.com. I did not receive any notice of non-delivery of my emails.

1

| | |
|---|---|
| Date: January 5, 2026 | Respectfully submitted, |

                                                                                                       /s/ Zheng "Andy" Liu
                                                   Zheng "Andy" Liu (CBN 279327)
                                                   Aptum Law
                                                   1660 S Amphlett Blvd Suite 315
                                                   San Mateo, CA 94402
                                                   Email: Andy.Liu@AptumLaw.us
                                                   Phone: 650-475-6289

                                                 ***Attorneys for Plaintiff***