IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIWEN CHEN,<br><br>            Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br><br>            Defendants. | Civil Case No.: 2:25-cv-02009-WSS |

**MOTION FOR PRAECIPE TO ISSUE SUMMONS**

Plaintiff Shiwen Chen requests that the clerk of this Court issue the attached Summons.

| | |
|---|---|
| Date: January 6, 2026 | Respectfully submitted,<br><br>        /s/ Zheng "Andy" Liu_____<br>Zheng "Andy" Liu (CBN 279327)<br>Aptum Law<br>1660 S Amphlett Blvd Suite 315<br>San Mateo, CA 94402<br>Email: Andy.Liu@AptumLaw.us<br>Phone: 650-475-6289<br><br>*Attorneys for Plaintiff* |

1