AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

SHIWEN CHEN

*Plaintiff(s)*

v.

SCHEDULE A DEFENDANTS

*Defendant(s)*

Civil Action No. 2:25-cv-02009-WSS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SCHEDULE A DEFENDANTS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zheng "Andy" Liu (CBN 279327)
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

01/06/2026

*Jennifer Dash*

Date    Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-02009-WSS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SCHEDULE A DEFENDANTS
was received by me on *(date)* 01/06/2026 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On 01/06/2025, as authorized by Court Order (Dkt.18), I emailed a copy of the Summons and Complaint to all Schedule A defendants' email addresses as provided by Amazon.com, in addition to a link to the Summons and Complaint. I did not receive any notice of non-delivery of my emails. In fact, four defendants have responded to me and the attorney for plaintiff about this lawsuit; only six defendants have not.

My fees are $ _____ for travel and $ 300.00 for services, for a total of $ 300.00 .

I declare under penalty of perjury that this information is true.

Date: 01/06/2026

*Server's signature*

Oscar Lam, Process Server
*Printed name and title*

1660 S Amphlett Blvd Suite 315, San Mateo, CA 94402
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset