IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIWEN CHEN,<br><br>                                    Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS**,**<br><br>                                  Defendants. | Civil Case No.: 2:25-cv-02009-WSS |

**[PROPOSED ORDER] FOR CONTINUANCE OF HEARING AND TO EXTEND THE TEMPORARY RESTRAINING ORDER**

AND NOW, this ___ day of January, 2026, IT IS HEREBY ORDERED that the Motion for Continuance of Hearing and to Extend the Temporary Restraining Order (ECF No. 24) is GRANTED. The injunction hearing is continued from **January 13, 2026 at 12:00 p.m. (EST)** to **December ____ at _____ __.m. (EST)** in courtroom 8B before Honorable Judge William S. Stickman IV.

IT IS FURTHER ORDERED that counsel for Plaintiff shall serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

                                                                                   _____
                                                                                    WILLIAM S. STICKMAN IV
                                                                                    UNITED STATES DISTRICT JUDGE