IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIWEN CHEN,<br><br>      Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>      Defendants. | Civil Case No.: 2:25-cv-02009-WSS |

**<u>ORDER FOR CONTINUANCE OF HEARING AND TO EXTEND THE TEMPORARY RESTRAINING ORDER</u>**

AND NOW, this 8th day of January 2026, IT IS HEREBY ORDERED that the Motion for Continuance of Hearing and to Extend the Temporary Restraining Order (ECF No. 24) is GRANTED. The injunction hearing is continued from **January 13, 2026 at 12:00 p.m. (EST)** to **January 27, 2026 at 12:00 p.m. (EST)** in courtroom 8B before Honorable Judge William S. Stickman IV. The temporary restraining order remains in full force and effect through the hearing on January 27, 2026.

IT IS FURTHER ORDERED that counsel for Plaintiff shall serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

                s/ William S. Stickman IV
                _____
                WILLIAM S. STICKMAN IV
                UNITED STATES DISTRICT JUDGE