IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| SHIWEN CHEN, | |
|---|---|
| Plaintiff, | Civil Case No.: 2:25-cv-02009-WSS |
| v. | |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 3, 5 & 10**

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, against the following defendants from this action:

| **No.** | **Defendant** | **ASIN** | **Platform** |
|---|---|---|---|
| 3 | DGPLUS Direct | B0DYV7K9KF | Amazon |
| 5 | THENH | B0DZ59SQNT | Amazon |
| 10 | ZEPHYRION GOOD LIFE | B0FL5K4R1L | Amazon |

///

///

///

Date: January 21, 2026                             Respectfully submitted,

                                                   /s/ Zheng "Andy" Liu
                                                   Zheng "Andy" Liu (CBN 279327)
                                                   ***Aptum Law***
                                                   1660 S Amphlett Blvd Suite 315
                                                   San Mateo, CA 94402
                                                   Email: Andy.Liu@AptumLaw.us
                                                   Phone: 650-475-6289


                                                   *Attorneys for Plaintiff*