IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIWEN CHEN, <br><br> Plaintiff, <br><br> v. <br><br> SCHEDULE A DEFENDANTS, <br><br> Defendants. | Civil Case No.: 2:25-cv-02009-WSS |

**PLAINTIFF'S MOTION FOR ORDER TO RELEASE TRO BOND**

Under the Court's December 30, 2025 Temporary Restraining Order (Dkt. 14), Plaintiff posted a $5,000 injunction bond (TRO Bond) with the Court on January 6, 2026.

On January 26, 2026, Plaintiff voluntarily dismissed this entire action under Rule 41 (Dkt. 29); thus, the Court is respectfully requested to release the TRO Bond. A Proposed Order is concurrently filed.

///

///

///

///

Date: January 26, 2026          Respectfully submitted,

                                             /s/ Zheng "Andy" Liu
                                             Zheng "Andy" Liu (CBN 279327)
                                             *Aptum Law*
                                             1660 S Amphlett Blvd Suite 315
                                             San Mateo, CA 94402
                                             Email: Andy.Liu@AptumLaw.us
                                             Phone: 650-475-6289

                                             *ATTORNEY FOR PLAINTIFF*