IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIWEN CHEN,<br><br>                      Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>                      Defendants. | Civil Case No.: 2:25-cv-02009-WSS |

**ORDER RELEASING PLAINTIFF'S TRO BOND**

Under the Court's December 30, 2025 Temporary Restraining Order (Dkt. 14), Plaintiff posted a $5,000 cash bond (TRO Bond) with the Court on January 6, 2026.

Plaintiff having voluntarily dismissed this entire action (Dkt. 29), the Court orders that the bond money be released to the Plaintiff's Counsel at the following address:

> Zheng Liu,
> Counsel for Plaintiff Shiwen Chen
> 750 Alma Lane #8244
> Foster City, CA 94404.

Signed:  February 12, 2026

s/  William S. Stickman IV
_____

William S. Stickman IV
United States District Judge

1